# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY KENNETH ANDERSON,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; THE HONORABLE DONALD
M. MOSLEY; AND THE HONORABLE
J. CHARLES THOMPSON,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 80463



FILED

FEB 1 9 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
   DEPUTY CLERK

## *ORDER DENYING PETITION*

In this original pro se petition for a writ of quo warranto or prohibition, petitioner challenges the jurisdiction of the district court judge who signed his judgment of conviction and alleges that he was wrongfully convicted of charges that had previously been dismissed with prejudice.

Petitioner's claims are outside the scope of those for which quo warranto may be granted. *See Lueck v. Teuton*, 125 Nev. 674, 678-79, 219 P.3d 895, 898 (2009). We therefore decline to entertain the petition for a writ of quo warranto.

A writ of prohibition may issue to restrain the district court from acting in excess of its jurisdiction. NRS 34.320; *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). This court has complete discretion in deciding whether to entertain a petition seeking such relief. *Cote H. v. Eighth Judicial Dist. Court*, 124 Nev. 36, 39, 175 P.3d 906, 908 (2008). Having considered the petition and supporting documentation, we are not persuaded that our extraordinary and

20-06781

discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted). Accordingly, without deciding upon the merits of any claims raised, we ORDER the petition DENIED.

_____Pickering_____, C.J.
Pickering

_____Hardesty_____, J.
Hardesty

_____Cadish_____, J.
Cadish

cc:    Chief Judge, The Eighth Judicial District Court
       Hon. J. Charles Thompson, Senior Judge
       Anthony Kenneth Anderson
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk